

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00417-CV

Kimberly **FLATTEN**,
Appellant

v.

**OLIPHANT FINANCIAL, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00833
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ,
JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we REVERSE the judgment of the trial court and RENDER judgment that appellee take nothing. It is ORDERED that appellant recover her costs of appeal from appellee.

SIGNED June 11, 2025.

_____
Lori I. Valenzuela, Justice